In the Matter of the Claim of WILLIAM DREW, Appellant, v. CITY OF TROY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.